# UNITED STATES DISTRICT COURT
## District of Minnesota

Benicia Beronica Amaya Medina,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Warden,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1807 JRT/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum and Order 6 has been satisfied. This matter is closed.

Date: 3/23/2026

KATE M. FOGARTY, CLERK